# Exhibit 3

# PLACEHOLDER

**Dollar General Corporation and Dolgencorp, LLC will move to file Exhibit 3 under partial seal.**