# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| **NORMAN HUSAR**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**DOLLAR GENERAL CORPORATION**<br><br>and<br><br>**DOLGENCORP, LLP**,<br><br>    Defendants. | **Case No.:** _____<br><br>**JUDGE** _____<br><br><br>**EXHIBIT 3 TO THE NOTICE OF REMOVAL** |

1.      Dollar General Corporation and Dolgencorp, LLP provide the following information in support of their notice of removal, which they seek leave to file under seal because it includes financial and sales information for which public disclosure would likely result in competitive harm or business harm.

2.      From December 12, 2020, to present, the total retail sales from Dollar General stores in Kentucky far exceeded $5,000,000.  The retail sales from those stores for just the month of November 2022 (the month during which Plaintiff alleges he made a purchase from a Dollar General store in Kentucky) was $███████ resulting from ███████ units of merchandise sold.

Respectfully submitted,

*/s/ Kimberly E. Ramundo*
Kimberly E. Ramundo (89552)
THOMPSON HINE LLP
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
Telephone: (513) 352-6656
Facsimile: (513) 241-4771

1

Kim.Ramundo@ThompsonHine.com

*Attorney for Defendants*

2